1  NOSSAMAN LLP
   Robert S. McWhorter (CA Bar No. 226186)
2  rmcwhorter@nossaman.com
   Eunice C. Majam-Simpson (CA Bar No. 232450)
3  emajam-simpson@nossaman.com
   915 L Street, Ste. 1000
4  Sacramento, California 95814
5  Telephone: 916.442.8888
   Facsimile: 916.442-0382
6
   Attorneys for Defendant
7  U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN
   INTEREST TO THE FEDERAL DEPOSIT INSURANCE
8  CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,
   DSL SERVICE COMPANY, FCI LENDER SERVICES, INC.
9

10
                     IN THE UNITED STATES DISTRICT COURT
11
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| Abdulfattah H. Banah and Hayat H. Amalki,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank National Association, Downey Savings and Loan Association, F.A., c/o DSL Service Company, DSL Service Company, as Trustee FCI Lender Services, Inc., John or Jane DOES 1-1000, inclusive<br><br>Defendants. | Case No:   2:11-cv-00559-JAM-JFM<br><br>**ORDER RE: DISMISSING ENTIRE ACTION AGAINST DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DSL SERVICE COMPANY, AND FCI LENDER SERVICES, INC. WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Action Removed: February 28, 2011 |

PDF created with pdfFactory trial version www.pdffactory.com

Based upon the Stipulation of Counsel submitted herein pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED THAT the First Amended Complaint against Defendants, U.S. Bank National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association, F.A. ("U.S. Bank"), DSL Service Company ("DSL"), and FCI Lender Services, Inc. ("FCI") (collectively "Defendants"), is hereby dismissed in its entirety, WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

Dated: September 16, 2011                               /s/ John A. Mendez_____

                                                                                      The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com